UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Alexandria Division

In re:

CANDY SUE HILL,　　　　　　　　　　　　　Case No. 19-12817-BFK
　　　　　　　　　　　　　　　　　　　　　　(Chapter 7)
　　　Debtor

NATIONSTAR MORTGAGE LLC D/B/A MR.　　　Ref. Dkt. #10
COOPER,

　　　Movant,

vs.

CANDY SUE HILL, and
DONALD F. KING, Trustee.

　　　Respondents

## CONSENT ORDER GRANTING RELIEF FROM STAY

UPON CONSIDERATION of the Motion for Relief from Automatic Stay ("Motion") filed by Nationstar Mortgage LLC d/b/a Mr. Cooper ("Movant"), and any response thereto, and good cause having been shown, it is

**ORDERED** that the automatic stay imposed by 11 U.S.C. §362 is modified to permit the movant and its successors and assigns to enforce the lien of its deed of trust as it pertains to the real property located at 6443 Overlook Drive, Alexandria, VA 22312, and is more particularly described as follows:

Lot 187, in the subdivision of PINECREST, Section 3, as the same is duly dedicated, platted and recorded in Deed Book 553 at Page 262, among the land records of Fairfax County, Virginia.

Heather D. McGivern, Bar #91767
Orlans PC
PO Box 2548
Leesburg, Virginia 20177
(703) 777-7101

which relief shall extend to the purchaser at the foreclosure sale to allow the purchaser to take such action under state law, as may be necessary, to obtain possession of the property.

      DONE at Alexandria, Virginia, this \_\_\_\_ day of _____, 2019.

Nov 20 2019

/s/ Brian F. Kenney

Brian F. Kenney
U.S. Bankruptcy Court Judge

Entered on Docket:  Nov 20, 2019

WE ASK FOR THIS:

  /s/ Heather D. McGivern
Heather D. McGivern, Bar # 91767
hmcgivern@orlans.com
Orlans PC
P.O. Box 2548
Leesburg, Virginia 20177
(703) 777-7101

     /s/ Ashvin Pandurangi
Ashvin Pandurangi, Esquire
AP Law Group, PLC
211 Park Ave.
Falls Church, VA 22046
Attorney for the Debtor
Re: Case No. 19-12817-BFK

SEEN:

   /s/ Donald F. King
Donald F. King, Trustee
1775 Wiehle Avenue, Suite 400
Reston, VA 20190
Re: Case No. 19-12817-BFK

## **CERTIFICATION**

      The undersigned certifies that the foregoing Consent Order Granting Relief from Stay is substantially in compliance with Administrative Order 10-2 and that it has been endorsed by all necessary parties involved with the proceeding.

                                                          /s/ Heather D. McGivern
                                                         Heather D. McGivern, Esquire

The Clerk shall mail a copy of the entered Order to the following:

Heather D. McGivern, Esquire
Attorney for Movant
Orlans PC
PO Box 2548
Leesburg, Virginia 20177

Candy Sue Hill
6443 Overlook Dr.
Alexandria, VA 22312
Debtor

Ashvin Pandurangi, Esquire
AP Law Group, PLC
211 Park Ave.
Falls Church, VA 22046
Attorney for Debtor

Donald F. King, Trustee
1775 Wiehle Avenue, Suite 400
Reston, VA 20190